**Order entered January 2, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01144-CV

### GREAT HANS, LLC, Appellant

### V.

### LIBERTY BANKERS LIFE INSURANCE CO., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12254**

## ORDER

Before the Court is appellant's December 27, 2017 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 5, 2018**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE